**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**

*RULE 3011*

List of Unclaimed Funds, Claimants, and Amounts

IN THE MATTER OF:                    CHAPTER 13 CASE:

JOHNNY L. HARDEN                     07-02188-EE

| CLAIMANT | LAST KNOWN ADDRESS | AMOUNT |
|---|---|---|
| JOHNNY L. HARDEN | 743 WILLANEEL DRIVE JACKSON, MS 39204 | $410.02 |
| | | |
| | | |

DATED:    10/15/2009                 Respectfully submitted,

/s/James L. Henley, Jr.
James L. Henley, Jr., MSB #9909
Chapter 13 Trustee
PO Box 31980
Jackson, MS 39286
(601) 981-9100


CC:    JOHN L. GADOW
       ATTORNEY AT LAW
       502 S. PRESIDENT ST.
       JACKSON, MS 39201